# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

**In the matter of the Search of**
(Name, address or brief description of person, property or premises to be searched)

**SEARCH WARRANT**

CASE NUMBER: 2:07mj40-TFM

**Manufactured Home Located at
2229 Bison Way Drive
Florala, Alabama 36442**

TO: __B. Chad Yarbrough__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>B.Chad Yarbrough, FBI Special Agent,</u> who has reason to
                                                            Affiant
believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

**a manufactured home located at 2229 Bison Way Drive Florala, Alabama 36442,
see Attachment B for a more particular description.**

in the _____ Middle _____ District of _____ Alabama _____ there is now concealed a certain person or property, namely (describe the person or property):

See Attachment A.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __April 11, 2007__
                                                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Terry F. Moorer__ as required by law.
                                            U. S. Judge or Magistrate Judge

__April 5, 2007 @ 9:35 am__  at  __Montgomery, Alabama__
Date and Time Issued                City and State

TERRY F. MOORER, U.S. Magistrate Judge                         __/s/ Terry F. Moorer__
Name & Title of Judicial Officer                                            Signature of Judicial Officer

## **ATTACHMENT A**

### **LIST OF ITEMS TO BE SEIZED AND SEARCHED**

1.  All visual depictions, including still images, videos, films or other recordings of child pornography or minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and any mechanism used for the receipt or storage of the same, including but not limited to:

    Any computer, computer system and related peripherals including and data processing devices and software (including but not limited to central processing units; internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, routers, computer compact disks, CD-ROMS, DVD, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printer, video display monitors, scanners, digital cameras, and related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

2.  Any and all computer passwords and other data security devices designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code.

3.  Any and all documents, records, emails, and internet history (in documentary or electronic form) pertaining to the possession, receipt or distribution of child pornography or visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, or pertaining to an interest in child pornography whether transmitted

or received.

4. Any and all records, documents, invoices, notes and materials that pertain to accounts with any Internet Service Provider, as well as any and all records relating to the ownership or use of computer equipment found in the residence.

5. Documents and records regarding the ownership and/or possession of the searched premises.

6. During the course of the search, photographs of the searched premises may also be taken to record the condition thereof and/or the location of items therein.

## ATTACHMENT B

### DESCRIPTION OF SEARCH LOCATION

Manufacture Home Located at
2229 Bison Way Drive
Florala, Alabama, 36442

There are two residences located at the address 2229 Bison Way Drive, Florala, Alabama. The residence to be searched is described as a white or cream colored manufactured home. The residence is located Northeast of a brick residence that is also located at the address. There is a pond that separates the manufactured home from the brick residence. Located at the entrance to 2229 Bison Way Drive, Florala, Alabama is a small sign and mailbox with the numbers 2229 displayed. Bison way is located off of Covington County Road 89 approximately 2 miles South of Alabama Highway 54. A map of the property is attached to this description.



Map of Property
2229 Bison Way Drive
Florala, AL

*Not to Map Scale

FD-597 (Rev 8-11-94)   Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305A-MO-45458

On (date) 4/11/2007

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) MARK F. HARIGAN
(Street Address) 2229 BISON WAY DRIVE FLORALA, AL
(City) FLORALA, AL

Description of Item(s): (1) COMPUTER — EMACHINE SERIAL # — XRY5A30000607; (2) VISA CARD # 4271780502506679 MARK F. HARIGAN; (3)-(7) MISCELLANEOUS DOCUMENTS + PAPERS; (8) MISCELLANEOUS DVDs; (9) PHOTOGRAPH; (10) THROUGH (14) MISCELLANEOUS VIDEOTAPES

NOTHING FOLLOWS

Received By: (Signature) Kurt S. Zimpf
Received From: (Signature) Mark Harigan

FD-597 (Rev 8-11-94) Page 2 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305A-MO-45458

On (date) 4/11/2007

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) MARK F. HARIGAN
(Street Address) 2229 BISON WAY
(City) FLORALA, AL

Description of Item(s): (1) EXTERNAL HARD DRIVE, SEAGATE MODEL, SN 4LR1KWBG111 ———————— //

Received By: (Signature) [signature]    Received From: (Signature) Mark Harigan