AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4/5/07 | 4/11/07  11:15 AM | Mark F. Harrigan |

**INVENTORY MADE IN THE PRESENCE OF**
B. Chad Yarbrough

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

See Attached Inventory Receipts

### CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_B. Chad Yarbrough_

Subcribed, sworn to, and returned before me this date.

_____  April 13, 2007
U.S. Judge or Magistrate         Date

## ATTACHMENT A

### LIST OF ITEMS TO BE SEIZED AND SEARCHED

1. All visual depictions, including still images, videos, films or other recordings of child pornography or minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and any mechanism used for the receipt or storage of the same, including but not limited to:

    Any computer, computer system and related peripherals including and data processing devices and software (including but not limited to central processing units; internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, routers, computer compact disks, CD-ROMS, DVD, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printer, video display monitors, scanners, digital cameras, and related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

2. Any and all computer passwords and other data security devices designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code.

3. Any and all documents, records, emails, and internet history (in documentary or electronic form) pertaining to the possession, receipt or distribution of child pornography or visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, or pertaining to an interest in child pornography whether transmitted

or received.

4. Any and all records, documents, invoices, notes and materials that pertain to accounts with any Internet Service Provider, as well as any and all records relating to the ownership or use of computer equipment found in the residence.

5. Documents and records regarding the ownership and/or possession of the searched premises.

6. During the course of the search, photographs of the searched premises may also be taken to record the condition thereof and/or the location of items therein.

## ATTACHMENT B

### DESCRIPTION OF SEARCH LOCATION

Manufacture Home Located at
2229 Bison Way Drive
Florala, Alabama, 36442

There are two residences located at the address 2229 Bison Way Drive, Florala, Alabama. The residence to be searched is described as a white or cream colored manufactured home. The residence is located Northeast of a brick residence that is also located at the address. There is a pond that separates the manufactured home from the brick residence. Located at the entrance to 2229 Bison Way Drive, Florala, Alabama is a small sign and mailbox with the numbers 2229 displayed. Bison way is located off of Covington County Road 89 approximately 2 miles South of Alabama Highway 54. A map of the property is attached to this description.



Map of Property
2229 Bison Way Drive
Florala, AL

*Not to Scale (Map)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305A-MO-45458

On (date) 4/11/2007

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) MARK F. HARIGAN
(Street Address) 2229 BISON WAY DRIVE FLORALA, AL
(City) FLORALA, AL

Description of Item(s): (1) COMPUTER — EMACHINE SERIAL # — XRY5A30000607; (2) VISA CARD # 4271780502506679 MARK F. HARIGAN; (3) - (7) MISCELLANEOUS DOCUMENTS + PAPERS; (8) MISCELLANEOUS DVDs; (9) PHOTOGRAPH; (10) THROUGH (14) MISCELLANEOUS VIDEOTAPES

NOTHING FOLLOWS

Received By: _____ (Signature)
Received From: Mark Harigan (Signature)

FD-597 (Rev 8-11-94) Page 2 of 2

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 305A-MO-45458

On (date) 4/11/2007

item(s) listed below were:
☒ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) MARK F. HARIGAN
(Street Address) 2229 BISON WAY
(City) FLORALA, AL

Description of Item(s): (1) EXTERNAL HARD DRIVE, SEAGATE MODEL, SN 4LR1KWBG111 —————————— //

Received By: _____ (Signature)   Received From: _____ (Signature)